FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 AUG 10 PM 12: 32

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA      )
                              )
v.                            )      CASE NO. CR411-200-2
                              )
RICHARD ASHLEY LINDNER,       )
                              )
        Defendant.            )
                              )

## O R D E R

Before the Court is Defendant's Motion for Early Termination of Probation. (Doc. 474.) Defendant requests termination because he has exceeded the halfway point in his supervised release term. (Id.) After careful consideration of Defendant's motion and the record in this case, Defendant's request is **DENIED**.

SO ORDERED this *10th* day of August 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA